UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:08-cr-132-05 SEB-TAB |
| vs. ) | |
| ) | |
| ROGER LOUGHRY, ) | |
| ) | |
| Defendant. ) | |

The Honorable Sarah Evans Barker, Judge
Entry for February 1, 2013

On this date, the Government appeared by AUSA Steve DeBrota, DOJ lawyer Amy Larson, and DOJ lawyer Keith Becker, together with the Government's investigative agents, Tom Henderson and Jim Fottrell, and Defendant appeared in person together with his CJA counsel, Eric Koselke, for a sentencing hearing. The United States Probation Office appeared by Holly Barrineau. The proceedings were reported by Court Reporter, Laura Howie-Walters.

- ! The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- ! Sentence was imposed as stated on the record, including:
  Special Assessment: $1,600.00
  Incarceration: months – 360 months total – all counts to run concurrently
  Supervised Release: Life – same terms and conditions as previously imposed
  Fine: $0.

- ! Defendant was remanded to the custody of the U.S. Marshal.

- ! The proceedings were adjourned.

Copies to:

Keith Anthony Becker
U.S. DEPARTMENT OF JUSTICE
keith.becker@usdoj.gov

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov

Eric K. Koselke
ekoselke@wkelaw.com

Amy Elizabeth Larson
US DEPARTMENT OF JUSTICE
amy.larson@usdoj.gov

Alecia Lynne Riewerts Wolak
U.S. Department of Justice
Alecia.Riewerts.Wolak@usdoj.gov

Elizabeth M. Yusi
U.S. ATTORNEY'S OFFICE
elizabeth.yusi@usdoj.gov