IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:08-CR-132-05-SEB/KPF-5 |
| | ) | |
| ROGER LOUGHRY, | ) | |
|     Defendant. | ) | |
| | **)** | |

## NOTICE OF APPEAL

    Notice is hereby given that the Defendant, Roger Loughry, appeals to the United States Court of Appeals for the Seventh Circuit from the conviction, judgment and order of the district court imposed on February 1, 2013 and entered on February 12, 2013, sentencing the Defendant to a term of imprisonment of 360 months on Count 1, Conspiracy to Advertise Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A); 240 months on Count 2, Conspiracy to Distribute Child Pornography in violation of 18 U.S.C. § 2252(a)(2); 360 months on Counts 3 and 4, Advertising Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A); 240 months on Counts 5 and 6, Distribution of Child Pornography in violation of 18 U.S.C. § 2252(a)(2); and 360 months on Counts 7 through 16, Advertising Child Pornography in violation of 18 U.S.C. § (d)(1)(A) with all counts to be served concurrently in the United States Bureau of Prisons.

    Respectfully submitted,

s/ Eric K. Koselke
Eric K. Koselke, #5593-54
*Attorney for Defendant Loughry*

**CERTIFICATE OF SERVICE**

      I certify a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Steven D. Debrota
United States Attorney's Office
steve.debrota@usdoj.gov

                                        s/ Eric K. Koselke
                                        Eric K. Koselke


Eric K. Koselke
*Attorney at Law*
6202 N. College Ave.
Indianapolis, IN 46220
Office: 317-722-2591
Fax: 317-257-5300
Email: ekoselke@wkelaw.com