Court Clerk,

My name is Roger, Leo, Loughry, Sr. and I am requesting **all** transcripts from my trials and final sentencings. 4-15-10 / 8-19-10 - 1-28-13 / 2-1-13.

I need them sent to my civil attorney
Dax Womack
P.O. Box 637
Henderson, Kentucky, 42419-0637.
He will make sure I get them.

Thanks.

Sincerely,
Roger, Leo, Loughry, Sr.

Roger, Lee, Loughry, Sr.

RECEIVED

APR 01 2013

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA